## FUZZYSHARP TECHNOLOGIES INCORPORATED, Plaintiff–Appellant

v.

## INTEL CORPORATION, Defendant–Appellee.

No. 2014–1261.

United States Court of Appeals, Federal Circuit.

March 9, 2015.

David Fink, Fink & Johnson, Houston, TX, argued for plaintiff-appellant.

Dan L. Bagatell, Perkins Coie LLP, Phoenix, AZ argued for defendant-appellee. Also represented by James F. Valentine, Kenneth J. Halpern, Palo Alto, CA; Christina Jordan McCullough, Seattle, WA.

LOURIE, MOORE, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**